**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PIERRE LAVI,

                Plaintiff,

    -against-                                        22 **CIVIL** 3167 (JPO)

## **JUDGMENT**

MUFG BANK, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 23, 2024, Defendant MUFG Bank's motion to dismiss is GRANTED and Plaintiff Lavi's request for leave to amend is denied. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

        August 23, 2024

                                                    **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                              **BY:** _____
                                                    **Deputy Clerk**