UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIERRE LAVI,

                Plaintiff,

-v-

DANAMON BANK,

                Defendant.

22-CV-3167 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    In light of the Court's opinion and order dismissing Plaintiff's claims against MUFG Bank (ECF No. 39), the Court directs Plaintiff to file a letter motion on or before September 16, 2024 indicating whether he wishes to proceed with his claims against Danamon Bank ("Danamon"). As Danamon has not yet been served in this case, and because Plaintiff is proceeding *in forma pauperis*, the Court will attempt to assist with service. If Plaintiff wishes to proceed, his letter motion shall include an address at which Danamon may be served. The Court will then direct the Marshals Service or the Clerk of Court to attempt service by mail.

    SO ORDERED.

Dated: August 26, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge